UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 105-088
                             *
WILLIE JAMES LANE            *

O R D E R

Presently before the Court is Defendant Willie James Lane's motion, filed through counsel, for early termination of supervised release. Lane pled guilty to a drug-related conspiracy charge and, on July 31, 2007, was sentenced to serve 204 months in prison followed by five years of supervised release. His sentence was subsequently reduced to 180 months pursuant to Federal Rule of Criminal Procedure 35(b). On April 20, 2015, his sentence was reduced to 146 months pursuant to 18 U.S.C. § 3582(c)(2).

Lane was released from custody on March 15, 2016, and has been under the supervision of the United States Probation Office in this district. Lane has complied with all conditions of supervision and has adjusted favorably to his independence by establishing his own business, remaining drug free, and getting married. He has also paid $4,220 toward his $10,000 fine. Further, while the Government has not responded to the motion,

Lane's supervising probation officer does not object to early termination.

In light of the recommendation of Lane's probation officer and his favorable adjustment to supervision, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Lane's motion (doc. no. 113) is **GRANTED**. Willie James Lane is hereby discharged from his term of supervised release; he remains obligated to pay the balance of his fine. The Clerk is directed to send a copy of this Order to Ms. Lori Mitchell of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE